UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
BALL, DAVID WAYNE                     §       Case No. 08-49781
BALL, KIMBERLY DAWN                   §
                                      §
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   DAVID A. SOSNE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                         Assets Exempt:

Total Distributions to Claimants:         Claims Discharged
                                          Without Payment:

Total Expenses of Administration:

---

   3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on ___ . The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DAVID A. SOSNE, TRUSTEE_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America 406 South Main De Soto, MO 63020 |  |  |  |  |  |
| Homecoming Financial POB 79135 Phoenix, AZ 85062 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID A. SOSNE, TRUSTEE | | | | | |
| DAVID A. SOSNE, TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (9/1/2009) *(Page: 4)*

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BP Processing Center PO Box 94012 Des Moines, IA 50360-6600 | | | | | |
| Brooke D. Politte c/o Roland A. Wegman POB 740 Hillsboro, MO 63050 | | | | | |
| Dena Lynn Politte c/o Roland A. Wegmann POB 740 Hillsboro, MO 63050 | | | | | |
| Jefferson Memorial Hospital P.O. Box 350 Crystal City, MO 63019 | | | | | |
| Mastercard Payment Center POB 183082 Jeffersonville, OH 43128 | | | | | |
| Philllips 66 POB 689060 Des Moines, IA 50368 | | | | | |
| COMMERCE BANK | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

UST Form 101-7-TDR (9/1/2009) *(Page: 5)*

**Form 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 08-49781 | CER | Judge: CHARLES E. RENDLEN, III | Trustee Name: | DAVID A. SOSNE, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | BALL, DAVID WAYNE | | | Date Filed (f) or Converted (c): | 12/05/08 (f) |
| | BALL, KIMBERLY DAWN | | | 341(a) Meeting Date: | 01/07/09 |
| For Period Ending: | 04/14/10 | | | Claims Bar Date: | 07/06/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.97 | Unknown |
| 2. house at 13073 Hickman Road, DeSoto, MO 63020 apro | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Cash on debtor's person: H: $20; W: $20 | 40.00 | 0.00 | DA | 0.00 | FA |
| 4. Checking account at Bank of America, DeSoto, MO: | 300.00 | 0.00 | DA | 0.00 | FA |
| 5. Appliances, furniture and householdgoods | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Clothes at residence: H: $200; W: $200 | 400.00 | 0.00 | DA | 0.00 | FA |
| 7. H: wedding ring: $200; watch; $15 W: wedding ring: | 445.00 | 0.00 | DA | 0.00 | FA |
| 8. 410 shotgun: $75 410 shotgun: $35 20 gauge shotgun | 295.00 | 0.00 | DA | 0.00 | FA |
| 9. American Family life insurance with death payout o | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Life insurance through employer (term life for $50 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. State Farm Life Insurance Policy: Term life with d | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 401-K Plan through employer, Bucheits. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13. 1999 Dodge Ram pickup with 106,000 miles | 5,000.00 | 0.00 | DA | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 6)*

Ver: 15.08

**Form 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  08-49781   CER   Judge: CHARLES E. RENDLEN, III
Case Name:  BALL, DAVID WAYNE
BALL, KIMBERLY DAWN

Trustee Name:  DAVID A. SOSNE, TRUSTEE
Date Filed (f) or Converted (c):  12/05/08 (f)
341(a) Meeting Date:  01/07/09
Claims Bar Date:  07/06/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 1997 Jeep Cherokee with 160,000 miles | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 15. TAX REFUNDS (u) | 0.00 | Unknown | | 4,660.44 | FA |

TOTALS (Excluding Unknown Values)   $142,980.00   $0.00   $4,661.41

Gross Value of Remaining Assets   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/09    Current Projected Date of Final Report (TFR): 09/30/09

Form 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-49781 -CER | | Trustee Name: | DAVID A. SOSNE, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BALL, DAVID WAYNE | | Bank Name: | BANK OF AMERICA |
| | BALL, KIMBERLY DAWN | | Account Number / CD #: | 4437017727  MONEY MARKET |
| Taxpayer ID No: | 54-6934657 | | | |
| For Period Ending: | 04/14/10 | | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/09 | 15 | BANK OF AMERICA CASHIERS CHECK DAVID BALL | TAX REFUND | 1224-000 | 4,660.44 | | 4,660.44 |
| 03/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 4,660.45 |
| 04/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.10 | | 4,660.55 |
| 05/29/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,660.66 |
| 06/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,660.78 |
| 07/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,660.90 |
| 08/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,661.02 |
| 09/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,661.13 |
| 10/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,661.24 |
| 11/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,661.36 |
| 12/15/09 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 4,661.41 |
| 12/15/09 | | Transfer to Acct #4437288080 | Final Posting Transfer | 9999-000 | | 4,661.41 | 0.00 |

Page Subtotals     4,661.41     4,661.41

Ver: 15.08

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 8)*

**Form 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-49781 -CER | |
| Case Name: | BALL, DAVID WAYNE | |
| | BALL, KIMBERLY DAWN | |
| Taxpayer ID No: | 54-6934657 | |
| For Period Ending: | 04/14/10 | |

| | |
|---|---|
| Trustee Name: | DAVID A. SOSNE, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | 4437017727  MONEY MARKET |
| Blanket Bond (per case limit): | $ 6,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,661.41 | 4,661.41 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 4,661.41 | |
| | | | Subtotal | | 4,661.41 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,661.41 | 0.00 | |

Page Subtotals        0.00            0.00

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

**Form 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 08-49781 -CER | Trustee Name: DAVID A. SOSNE, TRUSTEE |
| Case Name: BALL, DAVID WAYNE | Bank Name: BANK OF AMERICA |
| BALL, KIMBERLY DAWN | Account Number / CD #: 4437288080  GENERAL CHECKING |
| Taxpayer ID No: 54-6934657 | |
| For Period Ending: 04/14/10 | Blanket Bond (per case limit): $ 6,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/15/09 | | Transfer from Acct #4437017727 | Transfer In From MMA Account | 9999-000 | 4,661.41 | | 4,661.41 |
| 02/24/10 | 000101 | DAVID A. SOSNE, TRUSTEE<br>8909 LADUE ROAD<br>ST. LOUIS, MO  63124 | Chapter 7 Compensation/Fees | 2100-000 | | 1,165.35 | 3,496.06 |
| 02/24/10 | 000102 | DAVID A. SOSNE, TRUSTEE<br>8909 LADUE ROAD<br>ST. LOUIS, MO  63124 | Chapter 7 Expenses | 2200-000 | | 227.00 | 3,269.06 |
| 02/24/10 | 000103 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Claim 000001, Payment 22.52882% | 7100-000 | | 2,434.96 | 834.10 |
| 02/24/10 | 000104 | PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 22.52863% | 7100-000 | | 354.63 | 479.47 |
| 02/24/10 | 000105 | PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 22.52848% | 7100-000 | | 169.27 | 310.20 |
| 02/24/10 | 000106 | PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services | Claim 000004, Payment 22.52936% | 7100-000 | | 310.20 | 0.00 |

Page Subtotals     4,661.41     4,661.41

Ver: 15.08

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 10)*

**Form 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-49781 -CER | | Trustee Name: | DAVID A. SOSNE, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BALL, DAVID WAYNE | | Bank Name: | BANK OF AMERICA |
| | BALL, KIMBERLY DAWN | | Account Number / CD #: | 4437288080  GENERAL CHECKING |
| Taxpayer ID No: | 54-6934657 | | | |
| For Period Ending: | 04/14/10 | | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 19008 Greenville, SC 29602 | | | | | |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 4,661.41 | 4,661.41 | 0.00 |
| Less:  Bank Transfers/CD's | 4,661.41 | 0.00 | |
| Subtotal | 0.00 | 4,661.41 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,661.41 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - 4437017727 | 4,661.41 | 0.00 | 0.00 |
| GENERAL CHECKING - 4437288080 | 0.00 | 4,661.41 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 4,661.41 | 4,661.41 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*